# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00844-BNB

BOB ALLEN CUSTARD,
   Plaintiff,

v.

HARLEY LAPPIN,
HARRELL WATTS,
R. WILEY,
K. REAR,
M. MONTGOMERY,
J. T. SHARTLE,
BENJAMIN BRIESCHKE,
CHRISTOPHER B. SYNSVOL,
UNITED STATES OF AMERICA,
MARK COLLINS,
W. HAYGOOD,
MR. R. "DOLLY" MADISON,
B. HAYS,
I. GARCIA, and
A. FENLON,
   Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN - 7 2007

GREGORY C. LANGHAM
                    CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "Request Motion for Appointment of Counsel or in the Alternative that Order Issue that Plaintiff be Allowed to Use a Typewriter or in the Alternative that Order Issue that ADX Administrators Provide Adequate Assistance," filed June 6, 2007, is DENIED.

Dated: June 7, 2007

Copies of this Minute Order mailed on June 7, 2007, to the following:

Bob A. Custard
Reg. No. 02728-031
ADX - Florence
PO Box 8500
Florence, CO 81226

_____
Secretary/Deputy Clerk