IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00844-BNB

BOB ALLEN CUSTARD,

    Plaintiff,

v.

HARLEY LAPPIN,
HARRELL WATTS,
R. WILEY,
K. REAR,
M. MONTGOMERY,
J. T. SHARTLE,
BENJAMIN BRIESCHKE,
CHRISTOPHER B. SYNSVOL,
UNITED STATES OF AMERICA,
MARK COLLINS,
W. HAYGOOD,
MR. R. "DOLLY" MADISON,
B. HAYS,
I. GARCIA, and
A. FENLON,

    Defendants.
F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 1 2 2007

GREGORY C. LANGHAM
CLERK

---

ORDER STRIKING PLAINTIFF'S JUNE 4, 2007, FILING

---

On June 4, 2007, Plaintiff Bob A. Custard, a federal prisoner, submitted to the Court a document titled, "Plaintiff's Lawful and Legitimate Objections to the 5/24/07 Order That are Plainly Non-Frivolous, Non-Malicious, Non-Abusive and That are Clearly Supported by the Record, by the 5/24/07 Order Itself."

The Court has reviewed the June 4, 2007, document and has determined that it is both malicious and abusive. Plaintiff has been warned on at least two other occasions that if he continues to file such documents with the Court he will be subject to

sanctions. **See Custard v. Turner**, No. 06-cv-01036-WYD-CBS, Doc. Nos. 11 and 64 (Case Filed May 15, 2006). Magistrate Judge Boyd N. Boland also instructed Plaintiff in the May 24, 2007, Order in the instant action that he is barred from filing any objections that are abusive and malicious. Accordingly, it is

ORDERED that the Clerk of the Court shall strike Plaintiff's June 4, 2007, filing, in the instant action, from the record.

DATED at Denver, Colorado, this 12 day of June, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-00844-BNB

Bob A. Custard
Reg. No. 02728-031
ADX - Florence
PO Box 8500
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/12/07

GREGORY C. LANGHAM, CLERK

By: /s/
Deputy Clerk